UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN HUMES, ) | |
|     Plaintiff, ) | |
| ) | |
|   vs. ) | 1:06-cv-985-SEB-JPG |
| ) | |
| BLATT, HASENMILLER, LIEBSKER & ) | |
| MOORE, LLC, ) | |
|     Defendant. ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: ___9/26/07_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cathleen Maria Combs
EDLEMAN COMBS LATTURNER & GOODWIN LLC
ccombs@edcombs.com

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN LLC
dedelman@edcombs.com

David Luther Hartsell
MCGUIRE WOODS LLP
dhartsell@mcguirewoods.com

James O. Latturner
EDELMAN COMBS LATTURNER GOODWIN
jlatturner@edcombs.com

Michael Robert Lieber
MCGUIRE WOODS LLP
mlieber@mcguirewoods.com

Brian Patrick O'Meara
MCGUIRE WOODS
bomeara@mcguirewoods.com